UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE CHISHOLM,

    Plaintiff,

v.   CASE NO: _____

PRICEWATERHOUSECOOPERS LLP,
MARY SASLOW, and
WARREN HOLDING,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants, PRICEWATERHOUSECOOPERS LLP, MARY SASLOW AND WARREN HOLDING ("Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby give their notice of removal of the case styled *Annette Chisholm v. PricewaterhouseCoopers LLP, Mary Saslow and Warren Holding*, Case No.: 20-CA-304, pending in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division.  As grounds, Defendants state as follows:

# I.
## COMMENCEMENT OF ACTION IN
## STATE COURT AND TIMELINESS OF REMOVAL

1. On or about January 13, 2020, Annette Chisholm ("Plaintiff") filed her Complaint in the State Court Action. On March 6, 2020, Plaintiff filed an Amended Complaint in the State Court Action.

2. The Amended Complaint was served on Defendant PricewaterhouseCoopers LLP's registered agent on March 4, 2021; on Defendant Warren Holding on March 4, 2021; and on Defendant Mary Saslow on March 10, 2021. A true and correct copy of the Amended Complaint filed by Plaintiff is attached.

3. True and legible copies of any and all processes, pleadings, motions, and orders, filed in the State Court Action, obtained by Defendants, are attached to this Notice of Removal as required by 28 U.S.C. §1446(a). A copy of this Notice of Removal is being filed with the Clerk of Court for the Circuit Court in and for Hillsborough County, Florida, as required by law. This constitutes all processes, pleadings, and orders filed in the State Court Action to date.

4. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal within 30 days after service of summons upon all three Defendants.

5. Written notice of the filing of Notice of Removal to federal court is being provided to Plaintiff herewith, as required by 28 U.S.C. § 1446(d).

6. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as this is the district and division embracing the place where the State Court Action is pending. Venue is also proper in this Court pursuant to 28 U.S.C. §1391(b).

## II.
## GROUNDS FOR REMOVAL – FEDERAL QUESTION

7. This Court has original jurisdiction over this action based on the assertion of federal questions pursuant to 28 U.S.C. § 1331, and this action is therefore properly removable under 28 U.S.C. § 1441(a).

8. In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987).

9. In her Amended Complaint, Plaintiff alleges violations of 42 U.S.C. § 1981, *et seq.* (known as Section 1981 of the Civil Rights Act of 1966 and referred to herein as "Section 1981").

10. Because Plaintiff's Amended Complaint alleges a cause of action under Section 1981 (*see* Amended Complaint), this Court has original federal jurisdiction under 28 U.S.C. § 1331, and accordingly this case is properly removable under 28 U.S.C. § 1441(a).

WHEREFORE, Defendants respectfully request that *Annette Chisholm v. PricewaterhouseCoopers LLP, Mary Saslow and Warren Holding*, Case No.: 20-CA-304, currently pending in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, be removed to the United States District Court for the Middle District of Florida, Tampa Division.

DATED: March 23, 2021.

                                                  Respectfully submitted,

*/s/ Peter W. Zinober*
Peter W. Zinober
Florida Bar No. 121750
Lara J. Peppard
Florida Bar No. 520055
Maja A. Hartzell
Florida Bar No. 1022333
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 N. Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
peter.zinober@ogletree.com
lara.peppard@ogletree.com
maja.hartzell@ogletree.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23 day of March, 2021, the foregoing was filed with the Clerk of the Court via CM/ECF, and a true and correct copy was sent via U.S. mail to Plaintiff at her last known address:

>Annette Ruth Chisholm
>1902 West Spruce Street
>Tampa, Florida  33607

>/s/ *Peter W. Zinober*
>Attorney

46425532.1