UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANNETTE CHISHOLM,**

    **Plaintiff,**

v.                                            **CASE NO: 8:21-cv-0693-WFJ-AAS**

**PRICEWATERHOUSECOOPERS LLP,**
**MARY SASLOW, and**
**WARREN HOLDING,**

    **Defendants.**
_____/

**STIPULATION AND JOINT MOTION**
**TO STAY PENDING ARIBTRATION**

COME NOW, Annette Chisholm ("Plaintiff") and PricewaterhouseCoopers LLP ("PwC"), Mary Saslow, and Warren Holding ("Defendants"), by and through their undersigned counsel, and stipulate and jointly move the Court to dismiss this case, or to stay the case pending arbitration, based upon the following:

    1.    Plaintiff is a former employee of PwC.

    2.    Upon her employment by PwC, Plaintiff agreed to arbitrate all claims arising out of her employment with PwC. A copy of the Agreement is attached hereto as **Exhibit A**.

    3.    On December 23, 2019, Plaintiff's employment with PwC ended.

    4.    On March 6, 2020, Plaintiff filed an Amended Complaint against Defendants in the Circuit Court for the Thirteenth Judicial Circuit. The Amended

Complaint was served on PwC and Holding on March 4, 2021, and on Saslow on March 10, 2021. Defendants removed Plaintiff's action to this Court on March 23, 2021.

5. On the face of the Amended Complaint, Plaintiff's dispute with Defendants arises out of her employment with PwC, and is therefore within the scope of the mandatory Arbitration Agreement attached hereto as **Exhibit A**.

6. Accordingly, the Parties hereto desire to stay the case, pending submission to JAMS pursuant to the aforesaid Arbitration Agreement.

WHEREFORE, the Parties hereto stipulate and jointly move that this Court stay the action pending arbitration.

DATED: March 30, 2021                    Respectfully submitted,

*/s/ Annette Chisholm*                    */s/ Peter W. Zinober*

Annette R. Chisholm                       Peter W. Zinober, Esq.
1902 West Spruce Street                   Florida Bar No. 121750
Tampa, Florida 33607                      Lara J. Peppard, Esq.
bgmo@hotmail.com                          Florida Bar No. 520055
                                          Maja A. Hartzell
*Plaintiff, Pro Se*                       Florida Bar No. 1022333
                                          OGLETREE, DEAKINS, NASH,
                                          SMOAK, & STEWART, P.C.
                                          100 North Tampa Street, Suite 3600
                                          Tampa, Florida 33602
                                          Telephone: (813) 289-1247
                                          Facsimile: (813) 289-6530
                                          peter.zinober@ogletree.com
                                          lara.peppard@ogletree.com
                                          maja.hartzell@ogletree.com

                                          *Attorneys for Defendants*

46561107.1

# EXHIBIT A



# Welcome inside

January 23, 2017

Annette Chisholm
1902 West Spruce Street
Tampa, Florida 33607

Dear Annette:

We are pleased to extend to you an offer to join PricewaterhouseCoopers LLP ("PwC" or the "Firm") as a(n) Specialist in our IFS group in the Tampa, Florida office. We believe that you have the requisite skills to be successful at the Firm and that we can offer you the challenges needed to grow professionally. This letter, which contains the terms of your employment, is your employment agreement with the Firm.

**Salary**

You will be compensated at the rate of $4,416.66, payable semi-monthly, which represents $53,000.00 when computed on an annual basis. You will also be paid for any overtime hours worked in accordance with applicable law. Your compensation generally will be reviewed once each fiscal year for the purpose of determining whether any adjustment is appropriate; however, the Firm may make changes to or adjust compensation, up or down, during the year for business or other reasons. Merit increases, if any, based on performance generally are made effective July 1. If you begin employment between July 1st and the end of October, you will be eligible for a merit increase effective the following July 1st. If you begin employment between November 1st and the end of February, you will be eligible for a pro-rated increase, based on your start date, effective the following July 1st. If you begin employment between March 1st and the end of June, you will be eligible for your increase effective July 1 of the following calendar year.

**Incentive Bonus**

You also may be eligible for bonuses from time to time, as may be set forth in incentive compensation programs applicable to your position. The amount and timing of any bonus are at the sole discretion of the Firm. The Firm provides bonuses as an incentive for your continued employment. You must therefore be actively employed by the Firm on the date any bonus is to be paid in order to earn and be eligible for a bonus.

**Vacation and Holidays**

Based on the current policy, your total annual paid vacation accrual entitlement will be 15 days, earned on a monthly basis, with an increase to 22 days after you complete two years of service with the Firm. Additionally, all Firm offices currently grant a total of 10 paid holidays per year.

**Withholding Taxes**

All taxable payments to you will be subject to applicable withholding taxes.

**Employee Benefits**

You will be able to participate in a comprehensive package of benefit plans, subject to their respective terms and conditions. The benefits currently offered by the Firm are outlined in the Staff Benefits Summary sent electronically with this letter agreement and include medical, life, disability and other insurance programs, as well as savings and retirement plans and an array of work/life effectiveness policies and programs. The Firm also sponsors an Employee Referral Program, details of which will be available to you after you start with the Firm. The Firm reserves the right to change or eliminate its benefit policies and programs in its sole discretion at any time.

**Business Expense Reimbursement**

The Firm will reimburse you for appropriately documented, reasonable expenses you incur while working on Firm business, in accordance with its business expense reimbursement policies.

**Ethics, Independence and Other Compliance Responsibilities**

The U.S. accounting profession is subject to many regulations designed to maintain public trust, including independence rules established by the SEC, PCAOB, AICPA and other regulatory bodies that govern the profession. You agree that it is your personal responsibility to comply with the Firm's policies and the laws and regulations applicable to the Firm's business, including, without limitation:

- Maintaining your independence in accordance with the Firm's independence policy and the rules of applicable regulatory bodies;
- Consistently demonstrating ethical conduct in accordance with Firm policies;
- Cooperating and complying with the regulatory requirements of the Public Company Accounting Oversight Board (PCAOB), including, without limitation, providing testimony and producing documents

If you are ever uncertain about your obligations, you agree to contact the Firm's Ethics & Compliance Office for clarification and guidance.

The Independence Overview that was sent electronically with this letter summarizes key rules outlined in PwC's independence policy. A full copy of the Firm's Independence Policy is available from the On-Boarding Call Center (1-888-PwC-4YOU) upon request. Prior to starting with the Firm, you will be required to confirm your compliance with PwC's independence policy and other requirements through the Firm's Independence & Compliance Clearance process. You will receive instructions on how to initiate the clearance process, which must be completed at least seven business days before your start date, after PwC receives your signed acceptance of this offer.

If you are employed in the Global Assurance Delivery Center, the information you provide through the Independence & Compliance Clearance process regarding your securities-based personal financial interests will be uploaded to a Firm database once you start with the Firm. After joining PwC, you also will be required to record in the database your subsequent acquisitions and dispositions of securities.

PwC's Ethics & Compliance Office has resources to assist you with your ethics and compliance responsibilities. You will receive more information regarding your compliance-related responsibilities and contact information for the Ethics & Compliance Office upon starting with the Firm. In the meantime, if you have any questions about any of your ethics or compliance responsibilities, or would like to learn about programs available to help you comply with personal independence rules, please call the Compliance Resource Center toll-free at 1-877-815-8616.

**Background Check**

Following your acceptance of this letter agreement, you will be contacted with instructions for initiating the background investigation process.

**Confidential and Proprietary Information**

Information, documents and materials relating to the Firm, other firms in the PwC global network of firms ("Network Firms") and their respective parents, affiliates, subsidiaries, subcontractors, agents, clients, vendors, licensors or suppliers ("Confidential Information") must be treated as confidential and proprietary and may only be used, distributed, disclosed or accessed by you for business purposes related to your employment duties with the Firm. You have an obligation to maintain Confidential Information in strict confidence and to protect and safeguard Confidential Information from unauthorized use, distribution and disclosure. By way of example, Confidential Information may include trade secrets; inventions (whether or not patentable); professional and technical manuals; business forms and processes; computer systems (including hardware, software, databases and information technology systems); client service or other methodologies; sales and related forecasts; marketing and business development plans and strategies; client and prospective client files, lists and materials; research materials; work product and deliverables; and project notes and plans. Information shall not be deemed Confidential Information if it is or becomes available in the public domain other than as a result of an unauthorized use, disclosure or action by you, at your direction or on your behalf, or by any other person who directly or indirectly receives such information from you.

Because Confidential Information is extremely valuable and may be subject to laws restricting disclosure or other obligations of confidentiality, the Firm and the Network Firms take measures to maintain its confidentiality and guard its secrecy. Confidential Information may not be copied, disclosed, distributed, accessed or used by you (or at your direction or on your behalf) during your employment with the Firm except to the extent necessary to carry out Firm business and, where applicable, only as required or authorized under the terms of any agreements between the Firm or the Network Firms and their respective parents, affiliates, subsidiaries, clients, subcontractors, agents, licensors, vendors and suppliers. When you leave the Firm, you agree not to use, distribute, disclose or access Confidential Information or to take or keep, or provide to any third party, any Confidential Information, irrespective of format, and you agree to return all Confidential Information to the Firm before your departure. The restrictions and obligations in this letter agreement apply regardless of whether you created, participated in creating, were in possession of, or had access to information, documents or materials constituting, summarizing, utilizing, containing or otherwise referencing Confidential Information.

If you are ever asked to disclose any Confidential Information, whether pursuant to law, statute, rule or regulation (including any subpoena or similar form of process), or by professional standards, guidelines or otherwise, we request that you contact the Firm's Office of the General Counsel. These confidentiality restrictions are permanent and do not terminate, lapse, expire or otherwise cease upon your departure from the Firm.

**Intellectual Property**

You agree to disclose promptly to the Firm any and all inventions, discoveries, techniques, technologies, methodologies, writings, software, improvements, and any other works developed, conceived or created by you, either alone or in conjunction with others, at any time during your employment and related to the actual or expected business or activities of the Firm ("Works"), including, without limitation, Works created in connection with services provided to clients. You hereby assign all of your rights, titles and interests (including, without limitation, all copyrights, trademarks, patent rights and other intellectual property rights) therein to the Firm. Whenever requested to do so by the Firm, you agree to cooperate and do all things necessary, including executing all applications, assignments or other instruments that the Firm shall deem necessary to apply for and obtain letters patent or copyrights of the United States or any foreign country, or otherwise protect the Firm's interests therein. If you do not execute such instruments within five days of their being presented to you, you hereby appoint the Firm with limited power of attorney to execute all such instruments. This power of attorney is a right coupled with an interest and is irrevocable. These obligations shall continue beyond the conclusion of your employment, and shall be binding upon your assigns, executors, administrators and other legal representatives. All Works shall be considered Confidential Information.

Notwithstanding the foregoing, any provision in this letter agreement requiring you to assign or license, or to offer to assign or license, your rights in any Work to the Firm does not apply to an invention or work of authorship that you developed entirely on your own time without using or referring to the Firm's resources, equipment, supplies, facilities, Confidential Information, or trade secrets, except for those inventions or works of authorship that either: (1) at the time of creation, conception or reduction to practice of the work or invention relate to the Firm's business, or to actual or demonstrably anticipated research or development of the Firm, or (2) result from any work performed by you for the Firm; in which cases such provisions do apply. You acknowledge that you bear the burden of proving that an invention or work of authorship is so exempt from the assignment provisions of this letter agreement. You agree to disclose to the Firm, in confidence, all inventions or works of authorship made solely by you or jointly with others at any time during the term of your employment with the Firm, for a review process under which the Firm may determine such issues as may arise, including the Firm's rights and your rights in such inventions or works of authorship.

**Insider Information**

You are prohibited from using or sharing information not publicly disclosed, which you obtain during the course of your work for the Firm, for your personal gain or advantage in securities transactions, or for the personal gain or advantage of anyone with whom you improperly share this information. This restriction applies to such information related to any company, not just the Firm's clients and their affiliates. The foregoing obligation is in addition to any obligation that you have not to purchase or hold securities of entities with respect to which the Firm must maintain independence.

**Non-Solicitation of Personnel**

You agree that, during your employment and for two years following your departure from the Firm for any reason, you will not directly or indirectly solicit, induce or retain, or assist others in soliciting, inducing or retaining, current or "Former" Personnel to become associated with, or perform services of the type the Firm or a parent, subsidiary or affiliate of the Firm (each, a "Firm Affiliate") can render on behalf of, you or any employer or third party, or to otherwise disrupt, impair, damage or interfere with the Firm's or a Firm Affiliate's relationship with Personnel. "Personnel" means (i) Firm partners, principals, officers, managers, directors, and employees; and (ii) Firm Affiliate partners, principals, officers, managers, directors, and employees with whom you had material personal contact while providing services as an employee of the Firm at any time within 12 months before your departure from the Firm. "Former" Personnel are Personnel who leave the Firm or a Firm Affiliate within six months before or after you leave the Firm.

You acknowledge and agree that the amount of damages to the Firm or a Firm Affiliate resulting from any breach by you of the above non-solicitation of personnel provision will be difficult to ascertain or calculate with precision. If you breach the above non-solicitation of personnel provision, in addition to any other legal and equitable remedies the Firm or such Firm Affiliate may have, you agree to pay to the Firm or Firm Affiliate liquidated damages in an amount equal to 30% of the solicited, induced or retained individual's gross annual compensation at the time of departure (including, without limitation, base salary, commission, bonus and the like) to cover replacement costs, and an additional 10% of such annual compensation to cover costs associated with training such individual's replacement. You agree that such damages are a reasonable and fair estimate and calculation of the amount of damages that the Firm or Firm Affiliate will incur as a result of your breach of the above non-solicitation of personnel provision. You agree to make the payment of such damages to the Firm or Firm Affiliate within 30 days from the mailing of a written notice to you advising you of the amount due.

You acknowledge and agree that the amount of damages to the Firm resulting from any breach by you of the foregoing paragraph is uncertain and will be difficult to ascertain or calculate with precision. If you breach the foregoing paragraph, in addition to any other legal and equitable remedies the Firm may have, you agree to pay to the Firm liquidated damages in an amount equal to 30% of the individual's annual compensation (including, without limitation, base salary, commission, bonus and the like) at the time of departure to cover replacement costs, and an additional 10% of such annual compensation to cover costs associated with training his or her replacement. You agree that such

damages are a reasonable and fair estimate and calculation of the amount of damages that the Firm will incur as a result of your breach of the foregoing paragraph. You agree to make the payment to the Firm within 30 days from the mailing of a written notice to you advising you of the amount due.

**At-Will Employment**

Our offer of employment is not a commitment of employment for any specific duration. The duration and terms and conditions of your employment with the Firm will be at will, which means that the Firm may change the terms and conditions of the employment relationship, and that you may leave the Firm, or the Firm may require you to leave its employ, for any reason or for no reason, at any time. The at-will nature of your employment with the Firm may be changed only through a written agreement signed by you and the Firm's U.S. Human Resources leader.

**Termination of Employment**

If your employment is terminated by the Firm for reasons other than professional, legal, ethical or Firm policy violations, subject to the Firm's Notice/Severance Policy (the "Severance Plan"), you will be provided with one week's notice for every year of service, with a minimum of two weeks and a maximum of six weeks. The Firm reserves the right under the Severance Plan to pay your base salary in lieu of continued employment for any or all of the applicable notice period.

If you resign, you agree to provide the Firm with at least two weeks' notice to allow an orderly transition of your responsibilities. If the Firm chooses to end your employment before the end of the two weeks, it will pay your base salary for the rest of that two-week period. If you do not provide at least two weeks' notice, you will be paid only through your last day of employment, even if the Firm chooses not to continue your employment for the full notice period that you provided. You agree that, prior to your departure, you will provide the Firm with the name of your subsequent employer or other work affiliation and the position you intend to assume.

**Continuing Obligations**

In accepting the Firm's offer of employment, you represent that you have not taken, and agree that you will not take in connection with your employment with the Firm, any action that would violate any contractual or other restriction or obligation that is binding on you or any continuing duty you may owe to others. Without limiting the generality of the foregoing, you agree that, if you have signed a confidentiality, non-disclosure or other similar type of agreement with any former employer or other party, you will comply with the terms of any such agreement to the extent that its terms are valid pursuant to applicable law and you further agree that you will not improperly use, share, disclose, distribute or access the confidential or proprietary information of a third party in connection with your employment with the Firm. You represent and warrant that, after undertaking a careful search (including, but not limited to, searches of any computers, cell phones, other electronic devices and hard copy documents), you have returned all property (specifically, but not limited to, property containing confidential information) belonging to all former employers or other parties. Moreover, you agree to indemnify the Firm, its partners, principals, officers, directors, managers, agents, employees, administrators, parents, affiliates, divisions, subsidiaries, predecessor and successor entities and assigns for all awards, judgments, settlements, attorneys' fees and costs (except costs unique to arbitration, which the Firm shall pay if and as required by any applicable arbitration agreement) and other losses resulting from your breach of any obligation under law or agreement.

**Dispute Resolution**

You and the Firm agree, as a condition precedent to your employment, to be bound by the terms of the arbitration agreement attached hereto as Exhibit A (the "Arbitration Agreement"), which is incorporated herein by reference, and which requires both you and the Firm to submit to final and binding arbitration all Covered Claims (as defined in the Arbitration Agreement). Under the Arbitration Agreement, **you and the Firm mutually waive the right to a trial before a judge or jury in court in favor of arbitration for all**

**Covered Claims**. The Arbitration Agreement also requires that Covered Claims be arbitrated on an individual basis, and prohibits claims on a class, collective, consolidated or representative basis.

### Injunctive Relief

In the event of a breach or threatened breach by you of the confidentiality, intellectual property, or non-solicitation restrictions of this Agreement, you agree that the Firm, in addition to any other legal and equitable remedies available to it, shall be entitled to provisional and injunctive relief from an appropriate forum, subject to the Arbitration Agreement.

### Exclusive Terms; Entire Agreement; Modifications

You acknowledge that this letter agreement, including Exhibit A, sets forth the exclusive terms of your employment with the Firm and you should not rely on any other representations or statements. This letter agreement supersedes all prior oral or written agreements or understandings with the Firm, except for any existing or outstanding agreements with the Firm regarding repayment obligations. This letter agreement may be modified only by a writing signed by the leader of your practice unit, or his or her designee; provided, however, any change to the at-will nature of your employment must be signed by the Firm's U.S. Human Resources Leader.

### Applicable Law

PricewaterhouseCoopers LLP is a nationwide firm with executive offices in the City of New York; accordingly, this letter agreement is governed by the laws of the State of New York regardless of your practice location and irrespective of the principles of conflicts of law, unless otherwise required by the law of the state in which you primarily reside and work.

### Contingency Matters

Please note that this offer and your continued employment are contingent upon your timely satisfying each of the following conditions:

- Return of your electronically signed letter agreement

- Submission of the completed Confirmation of Independence form, PCAOB consent and Independence Questionnaire, and compliance with the PwC US's independence policy

- Background investigation results satisfactory to the Firm

- Review and resolution to the Firm's satisfaction of any potential issues concerning any restrictive covenants or other restrictions on competition to which you may be subject

- If you are a former federal government or military employee and are subject to an opinion letter issued by a federal government agency ethics officer, the Firm's receipt of an acceptable agency ethics officer opinion letter.

You will be given access to PwC Inside, our New Joiner Portal, which contains a wealth of information about our Firm. User ID and password emails for the Portal will be sent upon return of your signed letter agreement. The Portal contains information and a checklist of action items that you may review prior to the first day of your employment. The checklist includes instructions regarding Form I-9 employment eligibility verification documents that you must bring with you on your first day at the Firm. Your authorization to work in the United States, which is a condition of your continued employment with the Firm, will be verified electronically through the Department of Homeland Security's employment eligibility verification system, eVerify. Please refer to the enclosed letter for more information about eVerify.

To accept this letter agreement, please electronically sign it by selecting the "Yes" button on the Decision

Form that is directly below this letter agreement. You acknowledge and agree that your electronic signature is the legal equivalent of signing this letter agreement by hand, and evidences your consent to be legally bound by this letter agreement's terms and conditions. This letter agreement shall become effective on your first day of employment with the Firm.

Please call me at 813-348-8814 if you require additional information with regard to our Firm or this letter agreement. We are pleased to have you join the Firm and believe that you will find significant career opportunities and challenges that will be professionally rewarding.

Sincerely,

Marie Reynaud

**EXHIBIT A**

**Arbitration Agreement**

We value our employees and recognize the importance of maintaining strong employee relations. We recognize, however, the possibility that legal disputes may arise between you and PricewaterhouseCoopers LLP, and/or any of its subsidiaries or affiliates based in the United States (collectively the "Firm"). This agreement (the "Agreement") requires that legal disputes be resolved through arbitration in accordance with the terms of this Agreement. For good and valuable consideration, the adequacy, sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

1. Scope.

a. Agreement to Arbitrate.

This Agreement requires both you and the Firm to resolve all Covered Claims (as described below) exclusively through final and binding arbitration. This Agreement becomes effective on the first day of your employment with the Firm ("Effective Date") and survives and continues to apply following termination of employment. This Agreement is a mandatory condition of your employment with the Firm. Our employment offer is contingent upon, among other things, you electronically signing the employment agreement, which incorporates this Agreement. **By electronically signing the employment agreement, you have accepted this Agreement, and you and the Firm are bound by its terms.**

b. Waiver of Trial; Waiver of Class, Collective, Consolidated or Representative Action.

**The parties mutually waive their right to a trial before a judge or jury in federal, state or local court in favor of arbitration under this Agreement.**

**This Agreement applies to Covered Claims that could have proceeded on an individual, class, collective, consolidated or representative basis, had they been pursued in another forum, such as a court of law. This Agreement requires that such claims be submitted to arbitration and that they be arbitrated on an individual basis only. Neither you nor the Firm is permitted to bring Covered Claims on a class, collective, consolidated or representative basis.**

c. Covered Claims.

Except as expressly set forth below, this Agreement shall apply to all disputes, controversies and claims relating to or arising out of your employment agreement or termination of that agreement, or your application for employment, offer of employment, prospective employment or employment with the Firm, or your separation from such employment (collectively, "Employment-Related Claims"), that the Firm may have against you, or that you may have against the Firm (and/or against any of the Firm's partners, principals, officers, managers, directors, employees, or agents), including those based on acts or omissions occurring prior to, on or after the Effective Date, which could otherwise be resolved by a court or administrative agency ("Covered Claims"). Covered Claims include, without limitation, claims under the Fair Labor Standards Act, the Family and Medical Leave Act, the Equal Pay Act, the Americans with Disabilities Act, the Rehabilitation Act, the Age Discrimination in Employment Act, the Older Workers Benefit Protection Act, the Worker Adjustment and Retraining Notification Act, the Employee Retirement Income Security Act, state and local wage and hour laws, state and local laws concerning discrimination and retaliation, and any other federal, state and local laws regarding employment, and all amendments thereto, claims for breach of contract, claims for breach of post-employment restrictive covenants, claims for breach of fiduciary duty, claims for fraud or misappropriation, claims for misappropriation of trade secrets, and any other claims arising under any federal, state or local statute ordinance, regulation, public policy or common law.

d. Claims Not Subject to Arbitration.

The following types of claims are expressly excluded from the definition of Covered Claims:

(i) Employment-Related Claims arising before the Effective Date, to the extent such claims both (a) are not covered by any prior arbitration agreement between you and the Firm, and (b) are the subject of an action filed before the Effective Date in a court or agency of competent jurisdiction;

(ii) Claims for unemployment insurance or workers' compensation benefits, except that claims for retaliation pursuant to these laws shall constitute Covered Claims;

(iii) Sarbanes-Oxley Act, Consumer Financial Protection Bureau and Commodity Futures Trading Commission whistleblower complaints;

(iv) Claims for benefits under the Employee Retirement Income Security Act ("ERISA"), which must be resolved in accordance with the terms and procedures set forth in the applicable plan documents;

(v) Claims that are by contract, regulation or rule explicitly subject to a different arbitration procedure (e.g., FINRA);

(vi) Disputes arising under the National Labor Relations Act;

(vii) Claims arising under patent, copyright or trademark law;

(viii) Any claims that, at the time they are asserted, are not permitted to be subject to a pre-dispute arbitration agreement under a contract between the Firm entity by which you are employed and an agency of the U.S. federal government (or applicable subcontract) that is governed by Section 8116 of the Department of Defense Appropriations Act of 2010; Subpart 222.74 of the Defense Federal Acquisition Regulation Supplement; Section 6 of Executive Order No. 17673 ("Fair Pay and Safe Workplaces"); and/or any other similar provision of law; and

(ix) Any other claims that are not permitted to be subject to a pre-dispute arbitration agreement under applicable law.

This Agreement does not affect your right to file a charge with, make a complaint to, or otherwise participate in an investigation by the U.S. Equal Employment Opportunity Commission, U.S. Department of Labor, the National Labor Relations Board, the Public Company Accounting Oversight Board, state boards of accountancy, or other federal, state, or local government agency, nor does it affect the enforcement authority of such agencies. However, you may seek monetary relief with respect to a Covered Claim only through an arbitration conducted pursuant to this Agreement.

2. <u>Injunctive Relief</u>.

You or the Firm may seek emergency, temporary or preliminary injunctive relief from a court of competent jurisdiction in aid of arbitration or pending final adjudication of a claim in arbitration where the arbitration award may be rendered ineffectual without such relief.

3. <u>Arbitration Procedure and Applicable Rules</u>.

a. <u>Rules and Procedures</u>.

The arbitration shall be held under the auspices of JAMS, in accordance with JAMS Employment Arbitration Rules and Procedures (effective July 15, 2009), except to the extent such rules are inconsistent with this Agreement, and subject to JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness. Copies of the applicable rules and procedures may be found at www.jamsadr.com.

b. <u>Initiating Arbitration</u>.

To initiate arbitration proceedings, you must follow the instructions for the submittal of arbitration to JAMS based on a pre-dispute provision, which are set forth in the demand for arbitration form, available at www.jamsadr.com, except that you need not submit the case management fee as the Firm will submit this fee on your behalf.

To be timely, the demand for arbitration form must be received by JAMS within the statute of limitations period applicable to the legal claims described in the demand for arbitration form.

c. <u>Costs and Fees</u>.

The Firm shall pay all costs that are unique to arbitration, including the costs of JAMS and the Arbitrator. Each party shall pay its own attorneys' fees and other costs that are not unique to the arbitration (i.e., costs that each party would incur if the claim were litigated in a court), except that the Arbitrator may award attorneys' fees and other costs that are not unique to the arbitration to a party in accordance with the law governing the claim to the same extent a court could do so.

Postponement and cancellation fees shall be payable, at the discretion of the Arbitrator, by the party causing the postponement or cancellation.

d. <u>Location of Arbitration</u>.

The arbitration will take place in the county in which your assigned work office is located, unless the parties mutually agree to an alternative location.

e. <u>Confidentiality</u>.

To the maximum extent permitted by law, all aspects of the arbitration proceedings, including any award made, shall be kept confidential, except as necessary to comply with a subpoena, court order or other legal requirement, to prosecute or defend a Covered Claim, to enforce an arbitration award or to meet a reasonable business need of the Firm.

f. <u>Arbitrator Powers and Authority; Limitations</u>.

The Arbitrator shall have the authority to resolve all Covered Claims with finality, in accordance with the rules of JAMS, **except that the Arbitrator shall not have the authority to hear a Covered Claim on a class, collective, consolidated or representative basis, nor shall the Arbitrator have the authority to grant class-wide relief, relief on a consolidated basis, or other relief extending beyond the individual claimant**.

The Arbitrator shall have the authority to award all remedies available to the Firm, and to you, individually, under applicable law.

The Arbitrator shall not have the authority to decide jurisdictional or arbitrability disputes, including disputes over the formation, existence, validity, interpretation or scope of the agreement under which Arbitration is sought, and who are proper parties to the Arbitration; such questions shall be reserved for a court of competent jurisdiction.

g. <u>Awards</u>.

All awards shall be provided in the manner required by law, and shall be final and binding on both parties to the maximum extent permitted by law.

The award shall be enforceable by either party in a court of competent jurisdiction pursuant to the terms of the Federal Arbitration Act ("FAA").

4. <u>At-Will Employment</u>.

Nothing in this Agreement shall be deemed to constitute a contract of employment for any definite term, or to alter the at-will nature of your employment with the Firm.

5. <u>Choice of Law</u>.

This Agreement shall be governed by the FAA and, to the extent, if any, that the FAA is held not to apply, by the law of the State of New York, without regard to its conflict of laws principles (including for purposes of determining contract formation), unless otherwise required by the law of the state in which you primarily reside and work..

6. <u>Integration</u>.

Except as stated herein, this is the parties' entire agreement on the subject matter hereof, superseding all prior representations, negotiations or agreements.

7. <u>Severability</u>.

In the event that any provision of this Agreement is determined to be invalid or unenforceable, it shall be severed from the Agreement, and the rest of the Agreement shall be enforced to the maximum extent permitted by law; provided, however, that should any provision of this Agreement requiring that Covered Claims be arbitrated on an individual basis, or that Covered Claims may not be brought on a class, collective, consolidated or representative basis, be determined invalid or unenforceable with respect to a Covered Claim, then that Covered Claim shall not proceed in arbitration, but rather shall be required to be filed in a court of competent jurisdiction. Any other Covered Claims, whether related or unrelated, that can validly be required to proceed on an individual basis shall remain subject to arbitration under the terms of this Agreement. Any Covered Claim that is filed in a court of competent jurisdiction pursuant to the terms of this paragraph shall be required to return to arbitration in the event the lawsuit does not proceed on a class, collective, consolidated or representative basis. In no event shall any class, collective, consolidated or representative proceeding be permitted to proceed in arbitration.

Agreed to on behalf of the Firm by:

_[signature]_

Margaret E. Burke
PricewaterhouseCoopers LLP


Document Control #: [1f8dc186-a6f4-4b0a-b13b-d27a033dce49]

**Offer Response - 90607BR : Exp-Offer Decision Form for Chisholm, Annette**                                              **Help**

[eLink form]   [Edit]

**I accept the terms and conditions**      Yes
**of the Offer Letter located above**
**this Decision Form:**

**Congratulations on your decision to accept our offer! In the next day, you will receive a very important email requesting details needed to begin your OnBoarding process. Your immediate action is requested in order to avoid delays in your start date. The email will come from Pricewaterhousecoopers@noreply.com and we ask that you complete the details within 24 hours of receipt. Failure to complete this information in a timely manner may delay your start with PwC.**

**Date of Response (Today's Date):**    24-Jan-2017

**Please click "Save" to submit this Decision Form.**

**Document Control #**         1f8dc186-a6f4-4b0a-b13b-d27a033dce49

**Date added**          24-Jan-2017  3:52:54 PM       annette.infantino@gmail.com

[Close]